No. D–2174. IN RE DISBARMENT OF KIERPIEC. Joseph Paul Kierpiec, of Detroit, Mich., is suspended from the practice of law

in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.